UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ENNIS LEE BROWN,

                Plaintiff,

v.                                                  Case No. 16-cv-632-pp

MILWAUKEE COUNTY PUBLIC DEFENDERS OFFICE,
MARK ROSEN, JEREMY PERRI,
MARIA STEPHENSON, KELLI THOMPSON,
JOSEPH E. EHMANN, AND JANE/JOHN DOE,

                Defendants.

---

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION
## TO ALTER JUDGMENT (DKT. NO. 31)

---

On July 18, 2016, the court screened the plaintiff's complaint under 28 U.S.C. §1915A and dismissed the case without prejudice. Dkt. No. 8. The court approved entry of the judgment on July 19, 2016. Dkt. No. 9.[1] On July 10, 2017, the plaintiff filed a motion to correct the judgment of the district court. Dkt. No. 31. He contends that this court erred when it imposed a "strike" (see 28 U.S.C. §1915(g)) on him when it dismissed his complaint and entered judgment. Dkt. No. 31 at 2. This court, however, did not impose a strike. See Dkt. Nos. 8, 9. The Seventh Circuit—the appellate court—imposed a strike in its April 20, 2017 decision. Dkt. No. 30. This court cannot remove that strike—

---

[1] The plaintiff appealed, and on April 20, 2017, the Court of Appeals for the Seventh Circuit affirmed this court's rejection of the plaintiff's argument concerning representation on appeal. See Brown v. Wisconsin State Public Defender's Office, 854 F.3d 916 (7th Cir. 2017). The court of appeals issued the mandate on May 18, 2017. Dkt. No. 30.

1

the plaintiff must ask the Seventh Circuit to remove the strike that it imposed. The court will deny the plaintiff's motion.

The court **DENIES** the plaintiff's motion to alter judgment. Dkt. No. 31.

Dated at Milwaukee, Wisconsin this 13th day of July, 2017.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**